**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00040-CR
NO. 09-16-00041-CR
_____

**CHAD WILLIAM DERESE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 13-17169, 13-17170**

**MEMORANDUM OPINION**

Pursuant to plea bargain agreements, appellant Chad William Derese pleaded guilty as a habitual offender to robbery and evading arrest or detention with a motor vehicle. In each case, the trial court found the evidence sufficient to find Derese guilty, but deferred further proceedings, placed Derese on community supervision for ten years, and assessed a fine of $1000. The State subsequently filed a motion to revoke Derese's unadjudicated community supervision in each

1

case. In both cases, Derese pleaded "true" to several violations of the conditions of his community supervision. In each case, the trial court found that Derese had violated the conditions of his community supervision, found Derese guilty of robbery and evading arrest, and assessed punishment at twenty-five years of confinement in each case. The trial court ordered that the sentences would run concurrently.

Derese's appellate counsel filed briefs that present counsel's professional evaluation of the records and conclude the appeals are frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On June 8, 2016, we granted an extension of time for Derese to file *pro se* briefs. We received no response from Derese. We have reviewed the appellate records, and we agree with counsel's conclusion that no arguable issues support the appeals. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeals. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgments.[1]

---

[1]Derese may challenge our decision in these cases by filing petitions for discretionary review. *See* Tex. R. App. P. 68.

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 8, 2016
Opinion Delivered October 5, 2016
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.